UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bruce Weinel, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:16-cv-00057 |
| | : |
| v. | : |
| | : COMPLAINT |
| Higher One, Inc., | : |
| | : |
| Defendant. | : January 13, 2016 |
| | : |

For this Complaint, Plaintiff, Bruce Weinel, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Bruce Weinel ("Plaintiff"), is an adult individual residing in Pinellas Park, Florida, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant Higher One, Inc. ("Higher"), is a business entity located in New Haven, Connecticut, and is a "person" as defined by 47 U.S.C. § 153(39).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

5. In or around September 2015, Plaintiff obtained a new cellular telephone number, 727-XXX-8142.

6.     Thereafter, Higher began calling Plaintiff's cellular telephone number from telephone number 203-466-8711 using an automatic telephone dialing system ("ATDS") and using an artificial or prerecorded voice.

7.     When Plaintiff answered calls from Higher, he heard a prerecorded message stating that Higher was calling regarding a past-due account.

8.     Plaintiff never provided his cellular telephone number to Higher and never provided his consent to receive automated calls from Higher.

COUNT I
VIOLATIONS OF THE TCPA –
47 U.S.C. § 227, *et seq.*

9.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10.    At all times mentioned herein, Defendant called Plaintiff's cellular telephone number using an ATDS or predictive dialer and using a prerecorded or artificial voice.

11.    Plaintiff never provided Defendant with his cellular telephone number and never provided Defendant with his consent to receive automated calls.

12.    The telephone number called by Defendant was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

13.    The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

14. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

15. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);
2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and
3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

**Dated: January 13, 2016**

Respectfully submitted,

By   /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Attorney for Plaintiff