**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Bruce Weinel, | : |
|             Plaintiff, | : Civil Action No.: 3:16-cv-00057-VLB |
|    v. | : |
| Higher One, Inc.; and DOES 1-10, inclusive, | : |
|             Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Bruce Weinel ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 11, 2016

                                                    Respectfully submitted,

                                                    PLAINTIFF, Bruce Weinel

                                                    <u>/s/ Sergei Lemberg</u>
                                                    Sergei Lemberg, Esq.
                                                    LEMBERG LAW, L.L.C.
                                                    43 Danbury Road, 3rd Floor
                                                    Wilton, CT 06897
                                                    Telephone: (203) 653-2250
                                                    Facsimile:  (203) 653-3424
                                                    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg
                  Sergei Lemberg